■ In the Matter of KARL AHLERS, Petitioner, v WALTER R. EVANS, as Superintendent of Mohawk Correctional Facility, Respondent. [676 NYS2d 391] —Proceeding unanimously dismissed without costs (*see, Matter of Free v Coombe*, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Oneida County, Murad, J.) Present—Denman, P. J., Pine, Hayes, Pigott, Jr., and Balio, JJ.